In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-03-208 CR


____________________



ALVIN LEE LAWRENCE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 82067






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Alvin Lee Lawrence, to
withdraw his appeal pursuant to Tex. R. App. P. 42.2. The pro se motion is signed by
appellant personally and agreed to by his attorney of record, Terrence Leon Holmes. No
opinion has issued in this appeal.

 The motion is GRANTED and the appeal is therefore DISMISSED. 

 

 PER CURIAM


Opinion Delivered May 22, 2003

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.